IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Henderson Jr, Harvey

Printed: 6/10/08

Case Number: 08 B 08389
Judge: Hollis, Pamela S
Filed: 4/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: June 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 17,107.56 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 350.99 | 0.00 |
| 4. | Cavalry Portfolio/Collection | Unsecured | 1,936.97 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 951.96 | 0.00 |
| 6. | Marquette Consumer Finance | Unsecured |  | No Claim Filed |
| 7. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| 8. | Nicor Gas | Unsecured |  | No Claim Filed |
| 9. | Unifund Corporation | Unsecured |  | No Claim Filed |
| 10. | Unifund CCR Partners | Unsecured |  | No Claim Filed |
| 11. | Unifund CCR Partners | Unsecured |  | No Claim Filed |
| 12. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 13. | Unifund Corporation | Unsecured |  | No Claim Filed |
| 14. | Hilco Receivables, LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,347.48 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Henderson Jr, Harvey

Printed:  6/10/08

Case Number:  08 B 08389
Judge:  Hollis, Pamela S
Filed:  4/7/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

